UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE ROSE, #235893,

        Petitioner,

                                              CASE NO. 5:15-CV-11963
v.                                     HONORABLE JOHN CORBETT O'MEARA

CATHERINE BAUMAN,

        Respondent.
_____/

## ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION

This matter is before the Court on Petitioner's motion for reconsideration concerning the Court's December 19, 2017 opinion and order denying his habeas petition on the merits. The Court also denied a certificate of appealability and denied leave to proceed in forma pauperis on appeal. Having reviewed the matter, the Court finds no reason to reconsider its decision. A motion for reconsideration which presents issues already ruled upon by the Court, either expressly or by reasonable implication, will not be granted. *See Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Petitioner has not met his burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(h)(3).

Petitioner now indicates that he would like to return to the state courts to exhaust additional issues. Such a request, however, is not appropriate in a motion for reconsideration. His habeas case has already been dismissed. Moreover, he had ample time to make such a request during the pendency of his case. In fact, the Court denied his September 12, 2017 request to amend his petition to add a bail claim because the claim was unexhausted and he had not shown good cause for failing

to previously pursue the issue. The Court finds no reason to reconsider any of its prior decisions in this case. Accordingly, the Court **DENIES** Petitioner's motion for reconsideration. This case remains closed.

    **IT IS SO ORDERED**.

                                                    s/John Corbett O'Meara
                                                  United States District Judge

Date: January 25, 2018

    I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, January 25, 2018, using the ECF system and/or ordinary mail.

                                                    s/William Barkholz
                                                  Case Manager